| | |
|---|---|
| 1 | JOSEPH J. LICO, BAR # 028442 |
|   | ADAM L. PLOTKIN, P.C. |
| 2 | 621 Seventeenth Street, Suite 1800 |
|   | Denver, CO 80293 |
|   | TEL (303) 302-6864 |
| 3 | FAX (303) 302-6864 |
|   | Email:  jlico@alp-pc.com |
| 4 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Barbara Janzen, | ) | Case No.: |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| NRA Group, LLC, | ) | |
| Defendant. | ) | |

COMES NOW, NRA Group, LLC, ("the "Defendant"), by and through its counsel of record, Adam L. Plotkin, P.C., and for its Notice of Removal, states as follows:

1.  Plaintiff commenced this action on July 22, 2014, in the Maricopa County Justice Court, State of Arizona, Case No. CC2014126858RC.

2.  Defendant was served with the Complaint on or about July 22, 2014.

3.  Defendant has not filed its Answer to Plaintiff's Complaint.

4.  Plaintiff's Complaint purports to set forth a causes of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq*.

5.  This Court has original jurisdiction over Plaintiff's causes of action based upon 15 U.S.C. § 1692, *et. seq.*, as set forth in 28 U.S.C. § 1331.  Pursuant to 28 U.S.C. § 1441, therefore,

the civil action pending in the in the Maricopa County Justice Court, State of Arizona is removable to this Court.

6. This notice is timely filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), copies of the pleadings in this case are attached hereto.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide written notice of the filing of Defendant's Notice of Removal to Plaintiff's counsel via U. S. Mail on this date, and will also forward a Notice of Filing of Notice of Removal for filing with the Clerk of the Maricopa County Justice Court.

9. Defendant hereby tenders the following state court pleading index of the pleadings attached hereto:

| Document Name | File Name |
|---|---|
| Complaint and Jury Demand | Complaint.pdf |
| Civil Summons | Civil Summons.pdf |

WHEREFORE, Defendant respectfully prays that Case No. CC2014126858RC now pending in the Maricopa County Justice Court, State of Arizona, be removed and placed in the regular docket of the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 15th day of August, 2014.

By: /s/ Joseph J. Lico_____
JOSEPH J. LICO, BAR # 028442
ADAM L. PLOTKIN, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293
TEL (303) 302-6864
FAX (303) 302-6864
Email: jlico@alp-pc.com
Attorneys for Defendant

## Certificate of Service

I hereby certify that on August 15, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent copies to Plaintiff's counsel located at:

J. Mark Meinhardt
Meinhardt Law Firm, PLLC
1 E. Washington #500
Phoenix, AZ  85004
meinhardtlaw@gmail.com

By: /s/ Joseph J. Lico, Esq.
JOSEPH J. LICO, BAR # 028442