# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Janzen,<br><br>             Plaintiff,<br><br>v.<br><br>NRA Group LLC,<br><br>             Defendant. | No. CV-14-01822-PHX-GMS<br><br>**ORDER** |

The parties having Stipulated (Doc. 15) that this action be dismissed pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

**IT IS ORDERED** that this action is hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 12th day of December, 2014.

_____
G. Murray Snow
United States District Judge